## GODWIN GRUBER, LLP
**ATTORNEYS**
1201 Elm Street
Suite 1700
Dallas, Texas 75270

214/939-4400

TAX ID. #38-3668135

Ford Motor Credit Company
File Number: 11719.0044

June 21, 2005
Bill Number: 81423

------------------Itemized Disbursement Bill------------------

| Description | Amount |
|---|---|
| Photocopies | $33.10 |
| Postage | 10.02 |
| Telephone | 34.74 |
| Travel VENDOR: Kurzner, Christopher L; INVOICE#: 052005; DATE: 5/13/2005 - Expense Reimbursement | 15.00 |
| Courier - Outside VENDOR: Mach 5 Couriers, Inc; INVOICE#: 36674; DATE: 4/29/2005 - Courier service | 13.95 |
| Courier - Outside VENDOR: Federal Express - 94515; INVOICE#: 380911936; DATE: 5/5/2005 - ACCT 0752 3668 9 | 10.05 |
| ✗ Photocopies - Outside VENDOR: ImageNet of Dallas-East; INVOICE#: 516114; DATE: 3/11/2005 - 11719.44 | 3,134.49 |
| Research / Technical VENDOR: Lexis-Nexis; INVOICE#: 0503015632; DATE: 3/31/2005 - acct 1005GE | 16.50 |
| Research / Technical VENDOR: Pacer Service Center; INVOICE#: 040505; DATE: 4/5/2005 - account GC0113 | 1.52 |
| Research / Technical VENDOR: Lexis-Nexis; INVOICE#: 05040049577; DATE: 4/30/2005 - April 05 billing | 6.91 |
| ✗ Document Retrieval VENDOR: ImageNet of Dallas-East; INVOICE#: 516203; DATE: 3/21/2005 | 1,253.79 |
| Disbursements This Statement: | $4,530.07 |

Payment is due upon receipt.
Please include the bill number on your remittance.

Page 14


EXHIBIT C

```
                              I N V O I C E

IMAGENET OF DALLAS-EAST                                              Page     1
2001 BRYAN STREET
SUITE 2180                        Invoice No      516114
DALLAS, TX 75201                  Invoice Date    03/11/2005
(214)231-6000  75-2605944

                                  PO                       Rep    AGB
                                  Sales Order 0305/056     Terms  NET 10


Sold To                           Ship To
     GODWIN, GRUBER                    GODWIN, GRUBER
     1201 ELM STREET                   1201 ELM STREET
     SUITE 1700                        SUITE 1700
     DALLAS, TX 75270                  DALLAS, TX 75270


Contact  KRISTINE FARMER        (214)939-4400

     Qty       Description/Item No                Price           Total
     ----------------------------------------------------------------------

7239.0000 EA   HEAVY HANDLING COPIES              0.2200 EA       1592.58
               HV
7239.0000 EA   MEDIUM HANDLING COPIES             0.1300 EA        941.07
               MED
7239.0000 EA   LABELING                           0.0500 EA        361.95
               BL
               *******************************
               FOR: KRISTINE FARMER
               CM#: 11719.44

     ----------------------------------------------------------------------
                    Date Shipped 03/11/2005   Subtotal            2895.60
Shipped Via
FOB                                           Sales Tax            238.89
Memo           KRISTINE F./11719.44           Shipping               0.00
                                              Invoice Total       3134.49
Tracking No
Payment Received         3134.49              Balance Due            0.00
```

# I N V O I C E

IMAGENET OF DALLAS-EAST  
2001 BRYAN STREET  
SUITE 2180  
DALLAS, TX 75201  
(214)231-6000  75-2605944

Page 1

Invoice No 516203  
Invoice Date 03/21/2005

PO  
Sales Order I0305/27

Rep AGB  
Terms NET 10

Sold To  
    GODWIN, GRUBER  
    1201 ELM STREET  
    SUITE 1700  
    DALLAS, TX 75270

Ship To  
    GODWIN, GRUBER  
    1201 ELM STREET  
    SUITE 1700  
    DALLAS, TX 75270

Contact KRISTINE FARMER     (214)939-4400

| Qty | Description/Item No | Price | Total |
|---|---|---|---|
| 7239.0000 EA | SCANNED PAGES SPI *********************************** FOR: KRISITNE FARMER CM#: 11719.44 | 0.1600 EA | 1158.24 |

Date Shipped 03/21/2005

Shipped Via  
FOB  
Memo   KRISITINE F./11719.44

Tracking No  
Payment Received   1253.79

Subtotal        1158.24  
Sales Tax         95.55  
Shipping           0.00  
Invoice Total   1253.79

Balance Due        0.00

/4/939-4400

# GODWIN GRUBER, LLP
ATTORNEYS
1201 Elm Street
Suite 1700
Dallas, Texas 75270

TAX ID. #38-3668135

Ford Motor Credit Company
File Number: 11719.0044

August 10, 2005
Bill Number: 84572

---------------------Itemized Disbursement Bill-------------------

| Description | Amount |
|---|---|
| Photocopies | $10.30 |
| Telephone | 26.84 |
| Courier - Outside VENDOR: Federal Express - 94515; INVOICE#: 3-927-42083; DATE: 7/14/2005 - federal express/3-927-42083 | 80.22 |
| Photocopies - Outside VENDOR: Advanced Record Retrieval; INVOICE#: 070705; DATE: 7/7/2005 - Delivery service | 35.00 |
| Research / Technical VENDOR: Lexis Nexis Verilaw, Inc.; INVOICE#: 506007200; DATE: 6/30/2005 - ACCT # 1005GE ONLINE CHARGES | 120.16 |
| Research / Technical VENDOR: Pacer Service Center; INVOICE#: GC0113; DATE: 7/7/2005 - DIAL UP CHARGES | 11.28 |

Disbursements This Statement: $283.80

**TOTAL DUE THIS STATEMENT:** $24,849.30

### BILLING HISTORY

| | Year-to-Date | Inception-to-Date |
|---|---|---|
| FEES | $151,565.25 | $151,565.25 |
| DISB | $6,297.63 | $6,297.63 |
| TOTAL | $157,862.88 | $157,862.88 |

Payment is due upon receipt.
Please include the bill number on your remittance.
Page 10

Godwin Pappas Langley Ronquillo, LLP

May 10, 2006
File Number: 11719.0044
Bill Number: 102453

--------------------Itemized Disbursement Bill--------------------

| Description | Amount |
|---|---|
| CD Copies - In-House | $30.00 |
| Photocopies | 534.30 |
| Postage | 2.97 |
| Telephone | 161.23 |
| Courier - Outside VENDOR: Federal Express - 94515; INVOICE#: 338258022; DATE: 3/9/2006 - courier acct # 0752-3668-9 | 11.98 |
| Courier - Outside VENDOR: Federal Express - 94515; INVOICE#: 334677311; DATE: 2/16/2006 - courier acct # 0752-3668-9 | 10.64 |
| Courier - Outside VENDOR: Federal Express - 94515; INVOICE#: 335928232; DATE: 2/23/2006 - acct # 0752-3668-9 Courier | 10.64 |
| Research/Technical VENDOR: Lexis-Nexis; INVOICE#: 0602041522; DATE: 2/28/2006 - library expense acct # 1005GE | 90.26 |
| Research/Technical VENDOR: Lexis-Nexis; INVOICE#: 0601448669; DATE: 1/31/2006 - online research acct # 1005GE | 1.54 |
| Research/Technical VENDOR: Lexis-Nexis; INVOICE#: 0601448669; DATE: 1/31/2006 - online research acct # 1005GE | 40.16 |
| Subpoena VENDOR: Eulberg & Associates, Inc.; INVOICE#: 4861; DATE: 3/9/2006 - subpoena | 115.00 |
| Witness Fee PAYEE: Allen Kreke; REQUEST#: 41662; DATE: 2/28/2006. | 40.00 |

Disbursements This Statement: $1,048.72

Payment is due upon receipt.
Please include the bill number(s) on your remittance. Thank you.

Page 28

Mogenfeld Levine/ J.C. Muhning

211 N. Broadway Suite 2400

St. Louis MO 63102

Date: March 9th, 20 05

Phone (314) 351 - 0712
(314) 497 - 1559
Fax (314) 577 - 0595
TIN# 43-1623038

**EULBERG & ASSOCIATES, INC.**
P.O. Box 12223
Soulard Station
St. Louis, MO 63157

MO 4661

RE: MARATHON FINANCIAL INSURANCE COMP. INC. v FORD MOTOR COMPANY

Service of Subpoena to:

Allen Kreke
1722 Corporate Crossing
O'Fallon IL 62269

| | | |
|---|---|---|
| 1st attempt | 2/28/05 | $45.00 |
| 2nd subpoena | 3/10/05 | $45.00 |
| RUSH SERVICE | | $25.00 |
| | | $115.00 |

Attn: Theresa

# GODWIN GRUBER, LLP
**ATTORNEYS**
1201 Elm Street
Suite 1700
Dallas, Texas 75270

214/939-4400

TAX ID. #38-3668135

Ford Motor Credit Company
File Number: 11719.0044

November 17, 2005
Bill Number: 91342

------------------------Itemized Disbursement Bill------------------------

| Description | Amount |
|---|---|
| Photocopies | $4.10 |
| Telephone | 2.92 |
| CD Copies - Outside VENDOR: ImageNet of Dallas-East; INVOICE#: 516232; DATE: 7/1/2005 - CD CREATION/DUPLICATION | 184.03 |
| CD Copies - Outside VENDOR: ImageNet of Dallas-East; INVOICE#: 517551; DATE: 7/15/2005 - CD Creation/Duplication/517551 | 22.43 |
| Courier - Outside VENDOR: Road Runner Couriers; INVOICE#: 51719; DATE: 7/15/2005 - Outside Courier services/Houston | 10.00 |
| Photocopies - Outside VENDOR: ImageNet of Dallas-East; INVOICE#: 517443; DATE: 7/1/2005 - SCANNED PAGES | 313.25 |
| Photocopies - Outside VENDOR: ImageNet of Dallas-East; INVOICE#: 516345; DATE: 7/1/2005 - COPIES | 93.53 |
| Photocopies - Outside VENDOR: ImageNet of Dallas-East; INVOICE#: 517171; DATE: 7/1/2005 - COPIES | 205.88 |
| Photocopies - Outside VENDOR: ImageNet of Dallas-East; INVOICE#: 517215; DATE: 7/1/2005 - MEDIUM COPIES | 348.59 |
| Photocopies - Outside VENDOR: ImageNet of Dallas-East; INVOICE#: 517369; DATE: 7/1/2005 - MEDIUM COPIES | 449.75 |
| Research / Technical VENDOR: Lexis-Nexis; INVOICE#: 0507005504; DATE: 7/31/2005 - ACCT # 1005GE RESEARCH | 120.95 |
| Research / Technical VENDOR: Lexis-Nexis; INVOICE#: 0508021390; DATE: 8/31/2005 - RESEARCH ACCT # 1005GE | 2.79 |
| Investigative Search VENDOR: Kurzner, Christopher L; INVOICE#: | 9.95 |

Payment is due upon receipt.
Please include the bill number on your remittance.

Page 14

# INVOICE

IMAGENET OF DALLAS-EAST  
2001 BRYAN STREET  
SUITE 2180  
DALLAS, TX 75201  
(214)231-6000  75-2605944

Page 1

Invoice No 516232  
Invoice Date 03/23/2005

PO  
Sales Order I0305/56

Rep AGB  
Terms NET 10

Sold To  
    GODWIN, GRUBER  
    1201 ELM STREET  
    SUITE 1700  
    DALLAS, TX 75270

Ship To  
    GODWIN, GRUBER  
    1201 ELM STREET  
    SUITE 1700  
    DALLAS, TX 75270

Contact KRISTINE FARMER  (214)939-4400

| Qty | Description/Item No | Price | Total |
|---|---|---|---|
| 2.0000 EA | CD CREATION/DUPLICATION<br>CDI | 20.0000 EA | 40.00 |
| 2.0000 EA | LABOR CHARGES<br>LAB1<br>2 HOURS<br>**********************************<br>FOR: KRISTINE FARMER<br>CM#: FMCC | 65.0000 EA | 130.00 |

Date Shipped 03/23/2005

Shipped Via  
FOB  
Memo     KRISTINE F./FMCC

Tracking No  
Payment Received     184.03

Subtotal     170.00  
Sales Tax     14.03  
Shipping     0.00  
Invoice Total     184.03

Balance Due     0.00

```
                              I N V O I C E

IMAGENET OF DALLAS-EAST                                      Page      1
2001 BRYAN STREET
SUITE 2180                       Invoice No      517551
DALLAS, TX 75201                 Invoice Date    07/15/2005
(214)231-6000   75-2605944

                                 PO                          Rep   RM
                                 Sales Order  I0705/14       Terms NET 10


Sold To                          Ship To
     GODWIN, GRUBER                   GODWIN, GRUBER
     1201 ELM STREET                  1201 ELM STREET
     SUITE 1700                       SUITE 1700
     DALLAS, TX 75270                 DALLAS, TX 75270


Contact DARLENE BOLLINGER        (214)939-4400

     Qty      Description/Item No                Price              Total
     ---------------------------------------------------------------------

   1.0000 EA  CD CREATION/DUPLICATION          20.0000 EA           20.00
              CDI
   8.0000 EA  PROJECT BUILD / REBUILD           0.0200 EA            0.16
              BNI
   8.0000 EA  OWR LEVEL 4 ACCURACY              0.0700 EA            0.56
              OWR4
              ************************************
              FOR: DARLENE BOLLINGER
              CM# FORD MARATHON

     ---------------------------------------------------------------------
                    Date Shipped 07/15/2005    Subtotal             20.72
Shipped Via
FOB                                            Sales Tax             1.71
Memo        DARLENE BOLLINGER/FORD MARATHO     Shipping              0.00
                                               Invoice Total        22.43
Tracking No
Payment Received          22.43                Balance Due           0.00
```

```
                              I N V O I C E

IMAGENET OF DALLAS-EAST                                       Page     1
2001 BRYAN STREET
SUITE 2180                      Invoice No      517443
DALLAS, TX 75201                Invoice Date    07/01/2005
(214)231-6000  75-2605944

                                PO                      Rep
                                Sales Order  I0605/53   Terms NET 10

Sold To                         Ship To
    GODWIN, GRUBER                  GODWIN, GRUBER
    1201 ELM STREET                 1201 ELM STREET
    SUITE 1700                      SUITE 1700
    DALLAS, TX 75270                DALLAS, TX 75270

Contact KRISTINE FARMER    (214)939-4400
                                                                    Total
    Qty        Description/Item No              Price
------------------------------------------------------------------------
                                                                  176.96
 1264.0000 EA  SCANNED PAGES                  0.1400 EA
               SPI                                                  0.74
   49.0000 EA  OWR LEVEL 1 ACCURACY           0.0150 EA
               OWR1                                                 6.55
  131.0000 EA  OWR LEVEL 2 ACCURACY           0.0500 EA
               OWR2                                                11.13
  159.0000 EA  OWR LEVEL 3 ACCURACY           0.0700 EA
               OWR3                                                74.00
  925.0000 EA  OWR LEVEL 4 ACCURACY           0.0800 EA
               OWR4                                                20.00
    1.0000 EA  CD CREATION/DUPLICATION       20.0000 EA
               CDI
               CREATION
               ******************************
               FOR: KRISTINE FARMER
               CM#: 11719.44
                                                                   -------
------------------------------------------------------                289.38
               Date Shipped 07/01/2005    Subtotal
Shipped Via                                                           23.87
FOB                                       Sales Tax                    0.00
Memo       KRISTINE F./11719.44           Shipping                   313.25
                                          Invoice Total

Tracking No                                                            0.00
Payment Received      313.25              Balance Due
```

# I N V O I C E

IMAGENET OF DALLAS-EAST  
2001 BRYAN STREET  
SUITE 2180  
DALLAS, TX 75201  
(214)231-6000  75-2605944

Page 1

Invoice No 516345  
Invoice Date 04/01/2005

PO  
Sales Order I0305/63

Rep AGB  
Terms NET 10

Sold To  
GODWIN, GRUBER  
1201 ELM STREET  
SUITE 1700  
DALLAS, TX 75270

Ship To  
GODWIN, GRUBER  
1201 ELM STREET  
SUITE 1700  
DALLAS, TX 75270

Contact KRISTINE FARMER    (214)939-4400

| Qty | Description/Item No | Price | Total |
|---|---|---|---|
| 357.0000 EA | SCANNED PAGES SPI | 0.1100 EA | 39.27 |
| 1.0000 EA | CD CREATION/DUPLICATION CDI CREATION | 20.0000 EA | 20.00 |
| 15.0000 EA | OWR LEVEL 1 ACCURACY OWR1 | 0.0350 EA | 0.53 |
| 76.0000 EA | OWR LEVEL 3 ACCURACY OWR3 | 0.0700 EA | 5.32 |
| 266.0000 EA | OWR LEVEL 4 ACCURACY OWR4 | 0.0800 EA | 21.28 |

******************************  
FOR: KRISTINE FARMER  
CM#: MAR-SUBSET

Date Shipped 04/01/2005    Subtotal    86.40  
Shipped Via  
FOB                         Sales Tax    7.13  
Memo    KRISTINE F./MAR-SUBSET    Shipping    0.00  
                            Invoice Total    93.53

Tracking No  
Payment Received    93.53    Balance Due    0.00

I N V O I C E

IMAGENET OF DALLAS-EAST  
2001 BRYAN STREET  
SUITE 2180  
DALLAS, TX 75201  
(214)231-6000   75-2605944

Page 1

Invoice No    517171  
Invoice Date  06/07/2005

PO  
Sales Order I0605/00

Rep   AGB  
Terms NET 10

Sold To  
    GODWIN, GRUBER  
    1201 ELM STREET  
    SUITE 1700  
    DALLAS, TX 75270

Ship To  
    GODWIN, GRUBER  
    1201 ELM STREET  
    SUITE 1700  
    DALLAS, TX 75270

Contact KRISTINE FARMER        (214)939-4400

| Qty | Description/Item No | Price | Total |
|---|---|---|---|
| 656.0000 EA | SCANNED PAGES<br>SPI | 0.1500 EA | 98.40 |
| 2.0000 EA | CD CREATION/DUPLICATION<br>CDI | 20.0000 EA | 40.00 |
| 7.0000 EA | OWR LEVEL 1 ACCURACY<br>OWR1 | 0.0150 EA | 0.11 |
| 4.0000 EA | OWR LEVEL 2 ACCURACY<br>OWR2 | 0.0500 EA | 0.20 |
| 12.0000 EA | OWR LEVEL 3 ACCURACY<br>OWR3 | 0.0700 EA | 0.84 |
| 633.0000 EA | OWR LEVEL 4 ACCURACY<br>OWR4 | 0.0800 EA | 50.64 |

******************************  
FOR: KRISTINE FARMER  
CM#: 11719.44 OR 46

Date Shipped 06/07/2005

Shipped Via  
FOB  
Memo    KRISTINE F./11719.44 OR 46

Tracking No  
Payment Received    205.88

Subtotal         190.19  
Sales Tax         15.69  
Shipping           0.00  
Invoice Total    205.88

Balance Due        0.00

```
                           I N V O I C E

IMAGENET OF DALLAS-EAST                                      Page     1
2001 BRYAN STREET
SUITE 2180                        Invoice No      517215
DALLAS, TX 75201                  Invoice Date    06/10/2005
(214)231-6000   75-2605944

                                  PO                    Rep
                                  Sales Order 0605/047  Terms NET 10


Sold To                           Ship To
      GODWIN, GRUBER                    GODWIN, GRUBER
      1201 ELM STREET                   1201 ELM STREET
      SUITE 1700                        SUITE 1700
      DALLAS, TX 75270                  DALLAS, TX 75270


Contact KRISTINE FARMER      (214)939-4400

                                                Price          Total
   Qty      Description/Item No
   ---------------------------------------------------------------------

1789.0000 EA  MEDIUM HANDLING COPIES           0.1300 EA       232.57
              MED
1789.0000 EA  LABELING                         0.0500 EA        89.45
              BL
              *****************************
              FOR: KRISTINE FARMER
              CM#: 11719.44

              ---------------------------------------------------------
                    Date Shipped 06/10/2005   Subtotal         322.02
Shipped Via
FOB                                           Sales Tax         26.57
Memo      KRISTINE F./11719.44                Shipping           0.00
                                              Invoice Total    348.59
Tracking No
Payment Received        348.59                Balance Due        0.00
```

```
                              I N V O I C E

IMAGENET OF DALLAS-EAST                                              Page    1
2001 BRYAN STREET
SUITE 2180                        Invoice No    517369
DALLAS, TX 75201                  Invoice Date  06/27/2005
(214)231-6000  75-2605944

                                  PO                    Rep
                                  Sales Order 0605/162  Terms NET 10

Sold To                           Ship To
      GODWIN, GRUBER                    GODWIN, GRUBER
      1201 ELM STREET                   1201 ELM STREET
      SUITE 1700                        SUITE 1700
      DALLAS, TX 75270                  DALLAS, TX 75270

Contact KRISTINE FARMER        (214)939-4400

                                                Price           Total
     Qty       Description/Item No
-----------------------------------------------------------------------

2518.0000 EA   MEDIUM HANDLING COPIES            0.1400 EA      352.52
               MED
1259.0000 EA   LABELING                          0.0500 EA       62.95
               BL
               *****************************
               FOR: KRISTINE FARMER
               CM#: 11719.44

-----------------------------------------------------------------------
                    Date Shipped 06/27/2005   Subtotal          415.47
Shipped Via
FOB                                           Sales Tax          34.28
Memo         KRISTINE F./11719.44             Shipping            0.00
                                              Invoice Total     449.75
Tracking No
Payment Received       449.75                 Balance Due         0.00
```

**GODWIN GRUBER, LLP**
ATTORNEYS
1201 Elm Street
Suite 1700
Dallas, Texas 75270

214/939-4400      TAX ID. #38-3668135

Ford Motor Credit Company
File Number: 11719.0044

December 14, 2005
Bill Number: 93317

---------------------Itemized Disbursement Bill---------------------

| Description | Amount |
|---|---|
| Photocopies | $1.70 |
| Postage | 14.74 |
| Telephone | 30.01 |
| Photocopies - Outside VENDOR: ImageNet of Dallas-East; INVOICE#: 517254; DATE: 6/14/2005 - copies | 581.16 |
| Photocopies - Outside VENDOR: ImageNet of Dallas-East; INVOICE#: 517330; DATE: 6/22/2005 - copies | 944.69 |
| Research/Technical VENDOR: Lexis-Nexis; INVOICE#: 0509055138; DATE: 9/30/2005 - library expense | 187.44 |
| Research/Technical VENDOR: Lexis-Nexis; INVOICE#: 0509055138; DATE: 9/30/2005 - library expense | 6.97 |
| Research/Technical VENDOR: Lexis-Nexis; INVOICE#: 0509055138; DATE: 9/30/2005 - library expense | 81.63 |
| Research/Technical VENDOR: Pacer Service Center; INVOICE#: 100505-GC0113; DATE: 10/5/2005 | 2.00 |

Disbursements This Statement:     $1,850.34

**TOTAL DUE THIS STATEMENT:**     **$13,026.84**

Payment is due upon receipt.
Please include the bill number on your remittance.
Page 7

# I N V O I C E

IMAGENET OF DALLAS-EAST  
2001 BRYAN STREET  
SUITE 2180  
DALLAS, TX 75201  
(214)231-6000  75-2605944

Page 1

Invoice No 517254  
Invoice Date 06/14/2005

PO  
Sales Order I0605/09

Rep  
Terms NET 10

Sold To  
    GODWIN, GRUBER  
    1201 ELM STREET  
    SUITE 1700  
    DALLAS, TX 75270

Ship To  
    GODWIN, GRUBER  
    1201 ELM STREET  
    SUITE 1700  
    DALLAS, TX 75270

Contact KRISTINE FARMER     (214)939-4400

| Qty | Description/Item No | Price | Total |
|---|---|---|---|
| 1789.0000 EA | SCANNED PAGES SPI | 0.1400 EA | 250.46 |
| 3.0000 EA | LABOR CHARGES LAB1 TAGGING | 35.0000 EA | 105.00 |
| 2.0000 EA | CD CREATION/DUPLICATION CDI CREATION | 20.0000 EA | 40.00 |
| 20.0000 EA | OWR LEVEL 1 ACCURACY OWR1 | 0.0150 EA | 0.30 |
| 8.0000 EA | OWR LEVEL 2 ACCURACY OWR2 | 0.0500 EA | 0.40 |
| 17.0000 EA | OWR LEVEL 3 ACCURACY OWR3 | 0.0700 EA | 1.19 |
| 1744.0000 EA | OWR LEVEL 4 ACCURACY OWR4 | 0.0800 EA | 139.52 |

********************************  
FOR: KRISTINE FARMER  
CM#: 11719.44

Date Shipped 06/14/2005  
Shipped Via  
FOB  
Memo     KRISTINE F./11719.44

Tracking No  
Payment Received     581.16

Subtotal         536.87  
Sales Tax         44.29  
Shipping           0.00  
Invoice Total    581.16

Balance Due        0.00

```
                          I N V O I C E

IMAGENET OF DALLAS-EAST                                    Page       1
2001 BRYAN STREET
SUITE 2180                       Invoice No      517330
DALLAS, TX 75201                 Invoice Date    06/22/2005
(214)231-6000   75-2605944


                                 PO                    Rep
                                 Sales Order 0605/140  Terms NET 10


Sold To                          Ship To
     GODWIN, GRUBER                   GODWIN, GRUBER
     1201 ELM STREET                  1201 ELM STREET
     SUITE 1700                       SUITE 1700
     DALLAS, TX 75270                 DALLAS, TX 75270


Contact KRISTINE FARMER          (214)939-4400

      Qty       Description/Item No          Price           Total
-----------------------------------------------------------------------

4658.0000 EA   MEDIUM HANDLING COPIES       0.1300 EA        605.54
               MED
 548.0000 EA   MEDIUM HANDLING COPIES       0.2500 EA        137.00
               MED
               11X17
2603.0000 EA   LABELING                     0.0500 EA        130.15
               BL
               *******************************
               FOR: KRISTINE FARMER
               CM#: 11719.44


-----------------------------------------------------------------------
              Date Shipped 06/22/2005    Subtotal            872.69
Shipped Via
FOB                                      Sales Tax            72.00
Memo     KRISTINE F./11719.44            Shipping              0.00
                                         Invoice Total       944.69
Tracking No
Payment Received        944.69           Balance Due           0.00
```

| | |
|---|---|
| 214/939-4400 | **GODWIN PAPPAS LANGLEY RONQUILLO, LLP** |
| | ATTORNEYS |
| | 1201 Elm Street |
| | Suite 1700 |
| | Dallas, Texas 75270 |
| | TAX ID. #38-3668135 |

Ford Motor Credit Company  
File Number: 11719.0044

January 12, 2006  
Bill Number: 94690

------------------Itemized Disbursement Bill------------------

| Description | Amount |
|---|---|
| Photocopies | $7.70 |
| Postage | 0.83 |
| Telephone | 2.92 |

Disbursements This Statement: $11.45

**TOTAL DUE THIS STATEMENT:** <u>**$8,535.20**</u>

### BILLING HISTORY

| | Year-to-Date | Inception-to-Date |
|---|---|---|
| FEES | $8,523.75 | $206,994.00 |
| DISB | $11.45 | $9,927.59 |
| TOTAL | $8,535.20 | $216,921.59 |

Payment is due upon receipt.
Please include the bill number on your remittance.
Page 5

Godwin Pappas Langley Ronquillo, LLP

August 11, 2006
File Number: 11719.0044
Bill Number: 108154

----------------Itemized Disbursement Bill--------------------

| Description | Amount |
|---|---|
| Photocopies | $2.00 |
| Travel VENDOR: American Airlines; INVOICE#: 06052214229A; DATE: 5/22/2006 - 06052214229 Frosch/Executive Travel | 268.60 |
| Travel VENDOR: American Airlines; INVOICE#: 06052214229A; DATE: 5/22/2006 - 06052214229 Frosch/Executive Travel | 268.60 |
| Travel PAYEE: Sauter, Jr Dennis C; REQUEST#: 45195; DATE: 6/9/2006. | 65.00 |
| Photocopies - Outside VENDOR: Litigation Solution, Inc.; INVOICE#: 66218; DATE: 4/24/2006. Litigation copies, labels, dvd's. | 3,164.00 |
| Photocopies - Outside VENDOR: Litigation Solution, Inc.; INVOICE#: 66792; DATE: 6/5/2006 - Convert email files and native to TIFF | 6,736.44 |
| Research/Technical VENDOR: Lexis-Nexis; INVOICE#: 0604048417; DATE: 4/30/2006 - 0604048417 | 17.05 |
| Research/Technical VENDOR: Lexis-Nexis; INVOICE#: 0604048417; DATE: 4/30/2006 - 0604048417 | 10.07 |
| Research/Technical Cancellation of: VENDOR: Lexis Nexis Verilaw, Inc.; INVOICE#: 506007200; DATE: 6/30/2005 - ACCT # 1005GE ONLINE CHARGES | -120.16 |
| Subpoena VENDOR: KGriff; INVOICE#: GG34; DATE: 3/3/2006 - subpoena | 60.00 |

Disbursements This Statement: $10,471.60

Payment is due upon receipt.
Please include the bill number(s) on your remittance. Thank you.

LSI

# INVOICE

| Date | Invoice # |
|---|---|
| 4/24/2006 | 66218 |

| Bill To |
|---|
| Godwin Pappas Ronquillo, LLP<br>1201 Elm Street, Suite 1700<br>Dallas, TX 75270 |

| Client Ref. # | Terms | Rep | Job # | Customer |
|---|---|---|---|---|
| 11719.0044 | Net 15 | PDF | | Kristine Farmer |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Medium Litigation Copies | 6,946 | 0.13 | 902.98T |
| Imaging Medium Litigation - Based on Physical Doc Determinations | 6,946 | 0.13 | 902.98T |
| Bate Label Originals - Per page<br>Bates Range FORD004505 - FORD011448 | 6,946 | 0.04 | 277.84T |
| Bate Label Originals - Per page<br>CONFIDENTIAL LABEL | 6,946 | 0.04 | 277.84T |
| DVD-ROM - Initial set | 1 | 50.00 | 50.00T |
| Labor to Create Load File and put on Media | 1 | 25.00 | 25.00T |
| OCR Conversion (Optical Character Recognition - Hidden Text Behind Image) - Per page | 6,946 | 0.05 | 347.30T |
| Electronic Bates Numbering (continuous numbering sequence) - Per page | 6,946 | 0.02 | 138.92T |

Send only your payment to the payment address indicated on this invoice. All payments are due within your terms upon your receipt of this invoice. All late payments may be subject to finance charges or other late charge fees assessable against you; provided, however, that such amount shall be automatically reduced to the maximum amount permitted by law if such amount is deemed to be usurious or unlawful. If payments are not received within your terms after invoiced, financing charges and/or late fees may begin to accrue at our option. Please be advised that the person or entity indicated in the address block of this invoice (i.e. you) is/are responsible for any and all payments herein referenced, irrespective

| | |
|---|---|
| **Subtotal** | $2,922.86 |
| **Sales Tax (8.25%)** | $241.14 |
| **Total** | $3,164.00 |