LSI

# INVOICE

| Date | Invoice # |
|------|-----------|
| 6/5/2006 | 66792 |

Bill To

Godwin Pappas Ronquillo, LLP
1201 Elm Street, Suite 1700
Dallas, TX 75270

| Client Ref. # | Terms | Rep | Job # | Customer |
|---------------|-------|-----|-------|----------|
| 11719.44 | Net 15 | NCN | | Kristine Farmer |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Convert E-mail Files and Native to TIFF (Meta Data,Full Text, Image, Control Number) - Per page | 35,769 | 0.10 | 3,576.90T |
| Tech Time (excel formatting) - Per hour | 6 | 75.00 | 450.00T |
| Oversized B&W Blowbacks - Per square foot | 35,769 | 0.06 | 2,146.14T |
| Image Branding/Endorsing - Creating new TIFF with Number Branded on it | 35,769 | 0.00 | 0.00T |
| Labor to Create Load File and put on Media | 1 | 25.00 | 25.00T |
| CD-ROM - Initial set | 1 | 25.00 | 25.00T |

Send only your payment to the payment address indicated on this invoice. All payments are due within your terms upon your receipt of this invoice. All late payments may be subject to finance charges or other late charge fees assessable against you; provided, however, that such amount shall be automatically reduced to the maximum amount permitted by law if such amount is deemed to be usurious or unlawful. If payments are not received within your terms after invoiced, financing charges and/or late fees may begin to accrue at our option. Please be advised that the person or entity indicated in the address block of this invoice (i.e. you) is/are responsible for any and all payments herein referenced, irrespective

| | |
|---|---|
| **Subtotal** | $6,223.04 |
| **Sales Tax (8.25%)** | $513.40 |
| **Total** | $6,736.44 |



# Kgriff

Austin  Dallas  Houston  San Antonio

**INVESTIGATIONS & CIVIL PROCESSING, INC.**

1925 Lexington
Houston, Texas 77098

713 526 7711
800 454 7433
fax 713 526 1266

www.kgriff.com

# INVOICE

PAID

**BILL TO**

Godwin, Ronquillo, LLP
1201 Elm Street, Suite 1700
Dallas, Texas 75270
Attn: C Palm

| DATE | INVOICE # |
|------|-----------|
| 3/3/2006 | GG-34 |

| TERMS |
|-------|
| Due on receipt |

**RE:** Marathon Financial vs. Ford

| DATE | CASE | SERVICE | INDIVIDUAL | AMOUNT |
|------|------|---------|------------|--------|
| 3/2/2006 | 5:05-CV-00016-DF | SUBPOENA | JOHN BRYAN | 60.00 |

TAXPAYER ID 76-0388970
NET DUE UPON RECIEPT

| **Total** | **$60.00** |
|-----------|------------|

ₒtte Smith Reporting, Inc.
₁6 Naylor, Suite C
ₕouston, TX 77002-1041
(713) 523-5400   Fax (713) 523-6962

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 365908 | 03/27/2007 | 01-20186 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/07/2007 | SMITDA | 5:05-CV-0016- |

| CASE CAPTION |
|---|
| Marathon Financial Insurance vs. Ford Motor Company |

| TERMS |
|---|
| Due upon receipt |

Ryan Dry
Langley Weinstein Hamel, LLP
901 Main Street
Suite 4100
Dallas, TX 75202

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:                              688.60
    James P. Bryan
(TAXABLE    $     688.60)

                                        TOTAL   DUE   >>>>              688.60

Complimentary Condensed Transcript & Concordance

AMENDED INVOICE REPLACES INVOICE 365851
```

RECEIVED
MAR 2 9 2007
By_____

11719.0044

TAX ID NO.:  76-0097665

(214) 722-7167

*Please detach bottom portion and return with payment.*

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300  Fax (713) 688-9305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11717 | 08/26/2008 | 01-1736 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/12/2008 | MCCUKA | 5:05-CV-00016 |

**CASE CAPTION**

Marathon Financial Insurance v. Ford Motor Co.

**TERMS**

Due upon receipt

Keith Langley
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

1 CERTIFIED COPY OF TRANSCRIPT OF:                          358.10
  Scott Barnes

                                    TOTAL   DUE   >>>>        358.10

                                                     (214) 722-7162

TAX ID NO.: 72-1569561

*Please detach bottom portion and return with payment.*

Keith Langley
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

Invoice No.: 11717
Date       : 08/26/2008
**TOTAL DUE**  :     358.10

Job No.  : 01-1736
Case No. : 5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:   **Datascope**
            **6815 Northampton Way**
            **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax (713) 688-9305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11715 | 08/22/2008 | 01-1751 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/19/2008 | REPOAF | 5:05-CV-00016 |
| **CASE CAPTION** | | |
| Marathon Financial Insurance v. Ford Motor Co. | | |
| **TERMS** | | |
| Due upon receipt | | |

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

1 CERTIFIED COPY OF TRANSCRIPT OF:                           612.15
    Gye Riddick
                                              _____
                              TOTAL   DUE  >>>>        612.15

2-DAY RUSH TURNAROUND

                                                    (214) 722-7162

TAX ID NO. : 72-1569561

*Please detach bottom portion and return with payment.*

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

```
Invoice No.:  11715
Date      :  08/22/2008
TOTAL DUE :      612.15


Job No.   :  01-1751
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford
```

Remit To:   **Datascope**
            **6815 Northampton Way**
            **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax  (713) 688-9305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11719 | 08/26/2008 | 02-1752 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/19/2008 | REPOAF | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

Keith Langley
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202



CD Copies for the deposition of
  Gye Riddick

310.00

TOTAL   DUE   >>>>    310.00

(214) 722-7162

TAX ID NO. : 72-1569561

*Please detach bottom portion and return with payment.*

Keith Langley
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

Invoice No.:  11719
Date       :  08/26/2008
TOTAL DUE  :     310.00

Job No.   :  02-1752
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:    Datascope
             6815 Northampton Way
             Houston, TX 77055

# Invoice



**eXact Legal Copy Services. LLC**
*"Providing Our Customers With What We What They Need"*

| Date | Invoice # |
|---|---|
| 8/21/2008 | 2887 |

**eXact Legal Copy Services LLC**
**1401 Elm Street, Suite 3345 LB-38**
**Dallas, Tx 75202**
**Phone(214)370-8005 / Fax(214)742-7500**

### Bill To

Langley Weinstein Hamel, LLP
Attn: Teresa Barrera
901 Main Street, Suite 600
LB 135
Dallas, TX 75202

| Ref / Case# | Terms | Due Date | Rep | CUSTOMER |
|---|---|---|---|---|
| 11719.0044 | NET 30 | 9/20/2008 | TG | Teresa Barrera |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Scanning | Document Scanning | 744 | 0.12 | 89.28T |
| 03 | Medium Litigation | 3,720 | 0.105 | 390.60T |
| Break Sheets | 30(b)(6)-00001   -   30(b)(6)-00744 | 744 | 0.02 | 14.88T |
| CD | CD Authoring | 2 | 30.00 | 60.00T |
| CD Duplicatin | CD Duplication | 2 | 20.00 | 40.00T |

*FMCC/ Marathon*
*30(b)(6) documents prepared for production*

Thank you for your business! Federal ID# 38-3676910
Please include this invoice # along with your payment.

| INVOICE # | 2887 |
|---|---|

Received by: _____ Date: 8/25

| | |
|---|---|
| **Subtotal** | $594.76 |
| **Sales Tax (8.25%)** | $49.07 |
| **Total** | $643.83 |

# Invoice



**eXact** Legal Copy Services. LLC
*"Providing Our Customers With Exactly What They Need"*

| Date | Invoice # |
|------|-----------|
| 8/25/2008 | 2890 |

**eXact Legal Copy Services LLC**
**1401 Elm Street, Suite 3345 LB-38**
**Dallas, Tx 75202**
**Phone(214)370-8005 / Fax(214)742-7500**

Bill To

Langley Weinstein Hamel, LLP
Attn: Teresa Barrera
901 Main Street, Suite 600
LB 135
Dallas, TX 75202

| Ref./Case# | Terms | Due Date | Rep | CUSTOMER |
|------------|-------|----------|-----|----------|
| 11719.0044 | NET 30 | 9/24/2008 | TG | Teresa Barrera |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Trial Boards | Trial Boards-Enlarged & Mounted 36x48 Color | 1 | 175.00 | 175.00T |
| Trial Boards | Trial Boards-Enlarged & Mounted 36x48 B/W | 2 | 81.00 | 162.00T |

*Fmcc/Marathon*
*Trial Boards prepared for the August 25th hearing*

Thank you for your business! Federal ID# 38-3676910
Please include this invoice # along with your payment.

| INVOICE # | 2890 |
|-----------|------|

Received by: _____  Date: 8/25

| | |
|--|--|
| **Subtotal** | $337.00 |
| **Sales Tax (8.25%)** | $27.80 |
| **Total** | $364.80 |

# I N V O I C E

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax (713) 688-9305

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11689 | 08/12/2008 | 01-1734 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/08/2008 | REPOM9 | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:                    1,490.20
   Kurt Schwamberger
(TAXABLE   $  1,490.20)
                                                                  _____
                                          TOTAL  DUE  >>>>          1,490.20

*CM # 11719.0044 - FMCC/Marathon*
*deposition of Kurt Schwamberger, Marathon's Expert.*

                                                            (214) 722-7162

TAX ID NO.: 72-1569561            *Please detach bottom portion and return with payment.*

---

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

Invoice No.:  11689
Date        : 08/12/2008
TOTAL DUE   :  1,490.20


Job No.   :  01-1734
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:    Datascope
             6815 Northampton Way
             Houston, TX 77055

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax  (713) 688-9305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11710 | 08/21/2008 | 02-1731 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/07/2008 | REPOM9 | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

CD Copies for the deposition of          310.00
   Michael Dodge

                    TOTAL   DUE   >>>>          310.00

                                        (214) 722-7162

TAX ID NO. : 72-1569561

*Please detach bottom portion and return with payment.*

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

Invoice No.:  11710
Date      :  08/21/2008
TOTAL DUE  :     310.00

Job No.   :  02-1731
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:   Datascope
            6815 Northampton Way
            Houston, TX 77055

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax (713) 688-9305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11708 | 08/21/2008 | 01-1730 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/07/2008 | REPOM9 | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202



1 CERTIFIED COPY OF TRANSCRIPT OF:
    Michael Dodge                                             642.40

                          TOTAL   DUE   >>>>                  642.40

AX ID NO.: 72-1569561                          (214) 722-7162

*Please detach bottom portion and return with payment.*

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

Invoice No.:  11708
Date       :  08/21/2008
**TOTAL  DUE**  :    642.40


Job No.   :  01-1730
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

emit To:   **Datascope**
           **6815 Northampton Way**
           **Houston, TX 77055**


eXact Legal Copy Services. LLC
"Providing Our Customers With Can the What They Need"

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/21/2008 | 2886 |

**eXact Legal Copy Services LLC**
**1401 Elm Street, Suite 3345 LB-38**
**Dallas, Tx 75202**
**Phone(214)370-8005 / Fax(214)742-7500**

**Bill To**

Langley Weinstein Hamel, LLP
Attn: Denice Fletcher
901 Main Street, Suite 600
LB 135
Dallas, TX 75202

| Ref / Case# | Terms | Due Date | Rep | CUSTOMER |
|-------------|-------|----------|-----|----------|
| 11719.0044 | NET 30 | 9/20/2008 | TG | Denice Fletcher |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| CD Duplicatin | CD Duplication | 1 | 20.00 | 20.00T |

Thank you for your business! Federal ID# 38-3676910
Please include this invoice # along with your payment.

| INVOICE # | 2886 |
|-----------|------|

| | |
|--|--|
| **Subtotal** | $20.00 |
| **Sales Tax (8.25%)** | $1.65 |
| **Total** | $21.65 |

Received by:_____ Date:_____

Reliable·Chicago
9 South LaSalle Street
Suite 520
Chicago, IL 60603
Phone #312-920-8834
Fax # 312-920-8836
customerservice@reliable-co.com
Fed Id # 23-2473700



# INVOICE

Date    08/21/08
Number CH008503
Page  1

**Sold To:**
Langley, Weinstein and Hamel
901 Main Street
Suite 900
Dallas, TX  75202

**Ship To:**
Langley, Weinstein and Hamel
901 Main Street
Suite 900
Dallas, TX  75202

| | |
|---|---|
| Customer ID | CHC0493 |
| Our Order No. | CH008503 |
| Terms | Cash on Delivery |
| Due Date | 08/21/08 |
| Salesperson | Sean-Paul Mathew Beausang |

| | |
|---|---|
| Client No./PO No | 11719.0044 |
| P.O. Date | 08/21/08 |
| Ordered By | Teresa Barrera |
| Ship Via | Hand Delivery |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00020 Scanning- Medium Litigation | | 2,920 | 1 | 2,920 | 2,920 | IMAGE | 0.15 | 438.00 |
| R00127 CD Master | | 1 | 1 | 1 | 1 | EA | 25.00 | 25.00 |

*11719.0044*
*Fmcc/Marathon*
*API/Nserve Documents scanned to CD & and delivered*
*to us from API attorneys.*

| | |
|---|---|
| Subtotal: | 463.00 |
| Sales Tax: | 0.00 |
| Total: | 463.00 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **463.00** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.



# INVOICE



## LITIGATION SOLUTION INCORPORATED

*Dallas*
*(214) 939.9700*
*Bank of America Plaza*

| Date | Invoice # |
|------|-----------|
| 8/20/2008 | 75049 |

*WWW.LSILEGAL.COM*

**Did you know LSI makes FORENSIC copies of hard drives? Ask about our Forensic Services!**

Job #

28488

| Bill To |
|---------|
| Langley Weinstein Hamel LLP |
| 901 Main Street, Suite 600 |
| LB 135 |
| Dallas, TX 75202 |

| Client Ref. # | Terms | Rep | Customer |
|---------------|-------|-----|----------|
| 11719.0044 | Net 30 | NCN | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| CD-ROM Duplication - Multiple Sets | 2 | 25.00 | 50.00T |

LSI would like to have your feedback.
Please conduct a short survey at www.lsilegal.com/survey.asp and have a chance to win a monthly gift card.

*Unless written notice to the contrary is given to LSI within 7 days of the receipt of invoice, all services delivered to customer are deemed to have been performed in a satisfactory manner and are accepted by customer.*

Send only your payment to the payment address indicated on this invoice. All payments are due within your terms upon your receipt of this invoice. All late payments may be subject to finance charges or other late charge fees assessable against you; provided, however, that such amount shall be automatically reduced to the maximum amount permitted by law if such amount is deemed to be usurious or unlawful. If payments are not received within your terms after invoiced, financing charges and/or late fees may begin to accrue at our option. Please be advised that the person or entity indicated in the address block of this invoice (i.e. you) is are responsible for any and all payments herein referenced, irrespective of whether such amounts are ultimately posted to the account of your client or other third party.

| | |
|---|---|
| Subtotal | $50.00 |
| Sales Tax (8.25%) | $4.13 |
| **Total** | **$54.13** |

*Customer Signature*  *Date* 8.20

Tax ID Number:
75-2551998-3

*Please Remit All Payments to 901 Main Street, Suite C-121, Dallas, TX 75202*
*We Accept All Major Credit Cards*

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax (713) 688-9305

AUG 1 9 2008

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11705 | 08/18/2008 | 01-1725 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/06/2008 | REPODE | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |
| **TERMS** |
| Due upon receipt |

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

```
CD Copies for the deposition of                          235.00
   Dale Camp
                                                         ─────────
                        TOTAL    DUE    >>>>             235.00
```

(214) 722-7162

TAX ID NO. : 72-1569561

*Please detach bottom portion and return with payment.*

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

```
Invoice No.:  11705
Date      :  08/18/2008
TOTAL DUE :     235.00


Job No.   :  01-1725
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford
```

Remit To:    **Datascope**
             **6815 Northampton Way**
             **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax (713) 688-9305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11700 | 08/14/2008 | 01-1724 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/06/2008 | REPODE | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

1 CERTIFIED COPY OF TRANSCRIPT OF:                                    757.30
    Dale Camp
                                                                     _____
                                              TOTAL   DUE   >>>>       757.30

EXPEDITED TURNAROUND

                                                          (214) 722-7162
TAX ID NO.: 72-1569561

*Please detach bottom portion and return with payment.*

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

Invoice No.:  11700
Date       :  08/14/2008
TOTAL DUE  :     757.30


Job No.   :  01-1724
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:    Datascope
             6815 Northampton Way
             Houston, TX 77055

# LEGALINK, INC.



MERRILL LEGAL SOLUTIONS

4144 North Central Expressway, Suite 850  Phone: (214) 720-4567
Dallas, TX 75204                           Fax: (214) 720-4503

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 15033115 | 08/12/2008 | 1505-48488 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/01/2008 | LHO | 505CV00016DF |

**CASE CAPTION**

Marathon Financial Ins. Co. vs Ford Motor Company, et. al.

**TERMS**

Immediate, sold FOB Merrill facility

Keith Langley
Langley Weinstein Hamel LLP
901 Main Street
Suite 600
Dallas, TX 75202

Original and 1 Copy of Transcript of:
    Shannon T. Rusnak
(TAXABLE   $  1,132.75)

1,454.65

TOTAL  DUE  >>>>          1,454.65

4/25

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:

LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

(214) 722-7160   Fax (214) 722-7161

TAX ID NO.:  20-2665382

Please detach bottom portion and return with payment.

Smart Choice Process Service, Inc.
16110 Lakehurst Drive
Forney, TX 75126
Phone: (214) 742-3100
Fax: (214) 742-3131
75-2625989

# INVOICE

Invoice #2008001348
7/9/2008



Langley, Weinstein Harnel, LLP
901 Main Street
Suite # 600
Dallas, TX 75202

Your Contact: Teresa Barrera
**Case Number: Dallas 5:05-CV-00016-DF**

Plaintiff:
**Marathon Financial Insurance Company, Inc., RRG**

Defendant:
**Ford Motor Company, et al**

Received: 7/3/2008   Completed: 7/9/2008  VOID PER ATTORNEY
To be served on: Jim Hawk, Sr.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Out of County) | 1.00 | 175.00 | 175.00 |
| TOTAL CHARGED: | | | $175.00 |
| BALANCE DUE: | | | $175.00 |

( 11719.0044 )

Fmcc/ marathon- attempt to serve Jim Hawk Subpoena
for deposition

Please enclose a copy of this invoice with your payment.  PAYMENT IS DUE UPON RECEIPT!
INVOICES PAID 15 DAYS OR LATER WILL BE CHARGED A LATE FEE OF NOT LESS THAN 25% OF THE
ORIGINAL FEE.  WE SINCERELY APPRECIATE YOU AND YOUR BUSINESS!!

WE NOW ACCEPT PAYMENT BY "PAYPAL" PLEASE CALL FOR DETAILS.

Smart Choice Process Service, Inc.          **INVOICE**          Invoice #2008001349
16110 Lakehurst Drive                                                    7/9/2008
Forney, TX 75126
Phone: (214) 742-3100
Fax: (214) 742-3131
75-2625989



Langley, Weinstein Hamel, LLP
901 Main Street
Suite # 600
Dallas, TX 75202

Your Contact: Teresa Barrera
**Case Number: Dallas 5:05-CV-00016-DF**

Plaintiff:
**Marathon Financial Insurance Company, Inc., RRG**

Defendant:
**Ford Motor Company, et al**

Received: 7/3/2008   Completed: 7/9/2008  VOID PER ATTORNEY
To be served on: Bill Andrew

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Out of County) | 1.00 | 175.00 | 175.00 |
| TOTAL CHARGED: | | | $175.00 |

**BALANCE DUE:**                                                         $175.00

*VOID (1749.0044)*
*FMCC / Marathon — attempt to serve Bill Andrew subpoena
for deposition*

Please enclose a copy of this invoice with your payment.  PAYMENT IS DUE UPON RECEIPT!
INVOICES PAID 15 DAYS OR LATER WILL BE CHARGED A LATE FEE OF NOT LESS THAN 25% OF THE
ORIGINAL FEE.  WE SINCERELY APPRECIATE YOU AND YOUR BUSINESS!!

WE NOW ACCEPT PAYMENT BY "PAYPAL" PLEASE CALL FOR DETAILS.



# Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2008 | 2850 |

**eXact Legal Copy Services LLC**
**1401 Elm Street, Suite 3345 LB-38**
**Dallas, Tx 75202**
**Phone(214)370-8005 / Fax(214)742-7500**

**Bill To**

Langley Weinstein Hamel, LLP
Attn: Teresa Barrera
901 Main Street, Suite 600
LB 135
Dallas, TX 75202

| Ref / Case# | Terms | Due Date | Rep | CUSTOMER |
|-------------|-------|----------|-----|----------|
| 11719.0044 | NET 30 | 9/4/2008 | TG | Teresa Barrera |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Scanning | Document Scanning | 1,635 | 0.13 | 212.55T |
| 02 | Light Litigation | 1,635 | 0.07 | 114.45T |
| BATES LABELS | Barnes 00001   -   Barnes 01635 | 1,635 | 0.02 | 32.70T |
| CD | CD Authoring | 1 | 20.00 | 20.00T |

*Fmcc/Marathon*
*Scott Barnes report in 3 notebooks electronically bates labeled & printed in order to produce to Marathon's counsel.*

Thank you for your business! Federal ID# 38-3676910
Please include this invoice # along with your payment.

| INVOICE # | 2850 |
|-----------|------|

Received by: _____ Date: 8/5/08

| | |
|---|---|
| **Subtotal** | $379.70 |
| **Sales Tax (8.25%)** | $31.33 |
| **Total** | $411.03 |


**Legal Copy Services, LLC**
*"Providing Our Customers With Exactly What They Need"*

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2008 | 2851 |

**eXact Legal Copy Services LLC**
**1401 Elm Street, Suite 3345 LB-38**
**Dallas, Tx 75202**
**Phone(214)370-8005 / Fax(214)742-7500**

| Bill To |
|---------|
| Langley Weinstein Hamel, LLP |
| Attn: Denice Fletcher |
| 901 Main Street, Suite 600 |
| LB 135 |
| Dallas, TX 75202 |

| Ref / Case# | Terms | Due Date | Rep | CUSTOMER |
|-------------|-------|----------|-----|----------|
| 11719. 0044 | NET 30 | 9/4/2008 | TG | Denice Fletcher |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Oversize Sq. Ft. | Oversize Sq. Ft. | 24 | 0.75 | 18.00T |

Thank you for your business! Federal ID# 38-3676910
Please include this invoice # along with your payment.

| INVOICE # | 2851 |
|-----------|------|

| | |
|---|---|
| **Subtotal** | $18.00 |
| **Sales Tax (8.25%)** | $1.49 |
| **Total** | $19.49 |

Received by:_____ Date:_____

Ford Motor Credit Company

Expenses:

| | Amount |
|---|---|
| 9/30/2008 Fee for Hearing Transcripts from 8/25/08 hearing | 287.50 |
| Conference calls with clients: 7-28-08, 8-13-08, and 8-21-08 | 710.16 |
| | 1,262.50 |
| LegaLink:<br>Videotaping services for deposition of Bill Andrew ($1,070.00)<br>Videotaping services for deposition of Jim Hawk, Sr. ($192.50) | |
| Total expenses | $2,260.16 |
| Total amount of this bill | $17,012.66 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Keith A. Langley | 17.80 | 275.00 | $4,895.00 |
| Amber Browning | 0.50 | 125.00 | $62.50 |
| Ryan D. Dry | 44.60 | 195.00 | $8,697.00 |
| Meg Rawson | 3.60 | 90.00 | $324.00 |
| Teresa Barrera | 8.60 | 90.00 | $774.00 |

 

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

4144 North Central Expressway, Suite 850    Phone: (214) 720-4567
Dallas, TX 75204    Fax: (214) 720-4503

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 15033334 | 08/27/2008 | 1505-48684 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/19/2008 | LCH | 505CV00016DF |

CASE CAPTION

Keith Langley
Langley Weinstein Hamel LLP
901 Main Street
Suite 600
Dallas, TX 75202

Marathon Financial Ins. Co. vs Ford Motor Company, et al

TERMS

Immediate, sold FOB Merrill facility

RECEIVED AUG 2 9 2008 By

Expedited Delivery of Original and 1 Copy of Transcript of:     1,183.50
   William M. Andrew

Expedited Delivery of Original and 1 Copy of Transcript of:     553.20
   James H. Hawk, Jr.

                 TOTAL   DUE   >>>>     1,736.70

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:

LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

                                         (214) 722-7160    Fax (214) 722-7161

TAX ID NO.: 20-2665382

*Please detach bottom portion and return with payment.*

Keith Langley
Langley Weinstein Hamel LLP
901 Main Street
Suite 600
Dallas, TX 75202

Invoice No.:   15033334
Date       :   08/27/2008
**TOTAL DUE**   :   **1,736.70**

Job No.      :   1505-48684
Case No.    :   505CV00016DF
Marathon Financial Ins. Co. vs Ford

Remit To:    **LegaLink, Inc.**
            **PO Box 277951**
            Atlanta, GA 30384

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax  (713) 688-9305

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| LANGDA01 | 10/30/2008 |

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | .00 | 80.00 |
| **90 DAYS** | **120 DAYS & OVER** | **TOTAL DUE** |
| .00 | .00 | 80.00 |

PAGE  1  OF  1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 8/28/2008 | 11724 | 80.00 | 08/20/2008 | John Zwart | Marathon Financial Insurance V |

AX ID NO. :  72-1569561

*Please detach bottom portion and return with payment.*

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

Account No.:  LANGDA01
Date       :  10/30/2008

TOTAL DUE  :  80.00

Remit To:    Datascope
             6815 Northampton Way
             Houston, TX 77055



# Invoice

★ Tele.: 214.742.1113    ★    Fax: 214.745.1718
★ Web Site: www.lonestarlit.com
★ Email.: copy@lonestarlit.com

| DATE | INVOICE # |
|------|-----------|
| 8/16/2007 | 97593 |

**BILL TO:**

LANGSTON WEINSTIEN
901 MAIN ST., SUITE 4100
DALLAS, TX 75202

**SHIP TO:**

| CLIENT MATTER # | TERMS | REP | ORDER DATE | SHIP VIA | ORDERED BY | ORIGINALS BY |
|-----------------|-------|-----|------------|----------|------------|--------------|
| 11719-0044 | 2% 10 Net 30 | TG | 8/16/2007 | Del | MEG | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 779 | COPY12 | Copies | 0.12 | 93.48 |
| | | Sales Taxes | 8.25% | 7.71 |

RECEIVED AUG 30 2007 By____

**CUSTOMER COPY**

PLEASE PAY FROM
THIS INVOICE.

REMIT PAYMENT TO: P.O. BOX 501074
TAX ID # 75-2497473    DALLAS, TEXAS 75250-1074

**TOTAL** $101.19


RECEIVED BY          9-28-07          DATE

    



# Invoice

| | DATE | INVOICE # |
|---|---|---|
| | 8/28/2007 | 97743 |

★ Tele.: 214.742.1113 ★ Fax: 214.745.1718
★ Web Site: www.lonestarlit.com
★ Email.: copy@lonestarlit.com

**BILL TO:**

LANGSTON WEINSTIEN
901 MAIN ST., SUITE 4100
DALLAS, TX 75202

**SHIP TO:**

| CLIENT MATTER # | TERMS | REP | ORDER DATE | SHIP VIA | ORDERED BY | ORIGINALS BY |
|---|---|---|---|---|---|---|
| 11719.44 | 2% 10 Net 30 | TG | 8/28/2007 | Del | MEG | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1,704 | COPY12 | Copies | 0.12 | 204.48 |
| | | Sales Taxes | 8.25% | 16.87 |

RECEIVED AUG 30 2007 By_____

**CUSTOMER COPY**

PLEASE PAY FROM
THIS INVOICE.

REMIT PAYMENT TO: P.O. BOX 501074
TAX ID # 75-2497473     DALLAS, TEXAS 75250-1074

**TOTAL** $221.35

mailed by Tony 9.28.07
RECEIVED BY     DATE



# Invoice

| DATE | INVOICE # |
|---|---|
| 8/29/2007 | 97790 |

★ Tele.: 214.742.1113  ★  Fax: 214.745.1718
★ Web Site: www.lonestarlit.com
★ Email.: copy@lonestarlit.com

**BILL TO:**

LANGSTON WEINSTIEN
901 MAIN ST., SUITE 4100
DALLAS, TX 75202

**SHIP TO:**

| CLIENT MATTER # | TERMS | REP | ORDER DATE | SHIP VIA | ORDERED BY | ORIGINALS BY |
|---|---|---|---|---|---|---|
| 11719.44 | 2% 10 Net 30 | TG | 8/29/2007 | Del | MEG | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 4,216 | COPY12 | Copies | 0.12 | 505.92 |
| | | Sales Taxes | 8.25% | 41.74 |

**CUSTOMER COPY**

PLEASE PAY FROM
THIS INVOICE.

REMIT PAYMENT TO: P.O. BOX 501074
TAX ID # 75-2497473    DALLAS, TEXAS 75250-1074

RECEIVED BY _____    DATE  9·29·07

**TOTAL**   $547.66

    



# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS
4144 North Central Expressway, Suite 450
Dallas, TX 75204

Phone: (214) 720-4567
Fax: (214) 720-4503

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 15029243 | 09/10/2007 | 1505-45109 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/29/2007 | LHO | 505CV00016DF |

| CASE CAPTION | | |
|---|---|---|
| Marathon Financial Insurance vs Ford Motor Company | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |



RECEIVED
SEP 13 2007
By_____

Ryan Dry
Langley Weinstein Hamel LLP
901 Main Street
Suite 4100
Dallas, TX 75202

Original and 1 Copy of Transcript of:      1,078.57
   John B. Bryan

                              TOTAL   DUE   >>>>        1,078.57

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:

LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

*1719.00 4f*

PLEASE NOTE NEW REMIT ADDRESS
LEGALINK, INC.
P.O. BOX 277951
ATLANTA, GA 30384

(214) 722-7160    Fax (214) 722-7161

TAX ID NO. : 20-2665382

*Please detach bottom portion and return with payment.*

Ryan Dry
Langley Weinstein Hamel LLP
901 Main Street
Suite 4100
Dallas, TX 75202

Invoice No.: 15029243
Date       : 09/10/2007
TOTAL DUE  :   1,078.57

Job No.  : 1505-45109
Case No. : 505CV00016DF
Marathon Financial Insurance vs Ford

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384