
Legal Copy Services, LLC
"Providing Our Customers With Exactly What They Need"

**eXact Legal Copy Services LLC**
**500 Exposition, Suite 102**
**Dallas, Tx 75226**
**Phone(214)370-8005 / Fax(214)370-8007**

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/20/2007 | 2296 |

**Bill To**

Langley Weinstein Hamel, LLP
Attn: Paula Gentry
901 Main Street, Suite 600
LB 135
Dallas, TX 75202

| Ref / Case# | | Terms | Due Date | Rep | CUSTOMER |
|-------------|--|-------|----------|-----|----------|
| 11719.0044 | | NET 30 | 10/20/2007 | TG | Paula Gentry |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 03 | Blowbacks From CD | 2,235 | 0.10 | 223.50T |
| BATES LABELS | Electronic Bate     FORD 47218     - | 2,509 | 0.02 | 50.18T |
| | FORD 49726 | | | |
| OCR | OCR | 2,235 | 0.04 | 89.40T |
| CD | CD Authoring | 1 | 30.00 | 30.00T |

11719. 0044

Thank you for your business! Federal ID# 38-3676910
Please include this invoice # along with your payment.

| | | |
|--|--|--|
| INVOICE # | | 2296 |

Received by

Date: 9/20/07

| | |
|--|--|
| **Subtotal** | $393.08 |
| **Sales Tax (8.25%)** | $32.43 |
| **Total** | $425.51 |


*"Providing Our Customers With What They Need"*

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | 2304 |

**eXact Legal Copy Services LLC**
**500 Exposition, Suite 102**
**Dallas, Tx 75226**
**Phone(214)370-8005 / Fax(214)370-8007**

| Bill To |
|---------|
| Langley Weinstein Hamel, LLP<br>Attn: Paula Gentry<br>901 Main Street, Suite 600<br>LB 135<br>Dallas, TX 75202 |

| Ref / Case# | Terms | Due Date | Rep | CUSTOMER |
|-------------|-------|----------|-----|----------|
| 11719.0044 | NET 30 | 10/26/2007 | TG | Paula Gentry |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 04 | Heavy Litigation | 1,288 | 0.135 | 173.88T |

Thank you for your business! Federal ID# 38-3676910
Please include this invoice # along with your payment.

| INVOICE # | 2304 |
|-----------|------|

| | |
|---|---|
| **Subtotal** | $173.88 |
| **Sales Tax (8.25%)** | $14.35 |
| **Total** | $188.23 |

Received by: _Paula Gentry_ Date: _9/27/07_

 **LEGALINK**
A MERRILL COMPANY

4144 N Central Expressway  tel (214) 720-4567
Suite 450  tel (800) 966-4567
Dallas, TX 75204  fax (214) 720-4503

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 15029726 | 10/12/2007 | 1505-45110 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/30/2007 | LHO | 505CV00016DF |

CASE CAPTION

Marathon Financial Insurance vs Ford Motor Company

TERMS

Immediate, sold FOB Merrill facility

Ryan Dry
Langley Weinstein Hamel LLP
901 Main Street
Suite 600
Dallas, TX 75202

Original and 1 Copy of Transcript of:
    Allen Kreke

1,745.27

TOTAL DUE >>>> 1,745.27

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:

LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

TAX ID NO. : 20-2665382

(214) 722-7160   Fax (214) 722-7161

*Please detach bottom portion and return with payment.*

Ryan Dry
Langley Weinstein Hamel LLP
901 Main Street
Suite 600
Dallas, TX 75202

Invoice No.:  15029726
Date    :  10/12/2007
**TOTAL DUE**  :    1,745.27

Job No.   :  1505-45110
Case No.  :  505CV00016DF
Marathon Financial Insurance vs Ford

Remit To:   **LegaLink, Inc.**
          **PO Box 277951**
          **Atlanta, GA 30384**

Ford Motor Credit Company

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 210.60 | $30,309.00 |

Expenses:

| | | |
|---|---|---|
| 11/9/2007 Federal Express to Tripp Monts. | | 71.76 |
| Federal Express to Tripp Monts. | | 71.76 |
| Federal Express to Tripp Monts. | | 98.33 |
| 11/20/2007 Federal Express to Tripp Monts. | | 23.94 |
| 11/30/2007 LegaLink: Deposition of Allen Kreke | | 1,745.27 |
| 3034 copies @ $.10 | | 303.40 |
| Total expenses | | $2,314.46 |
| Total amount of this bill | | $32,623.46 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Keith A. Langley | 46.80 | 195.00 | $9,126.00 |
| Brandon K. Bains | 27.60 | 135.00 | $3,726.00 |
| Kenneth W. Rockenbach | 10.80 | 135.00 | $1,458.00 |
| Ryan D. Dry | 109.90 | 135.00 | $14,836.50 |
| Meg Holy | 15.50 | 75.00 | $1,162.50 |

Ĵ̆15 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax  (713) 688-9305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11644 | 07/16/2008 | 02-1662 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/30/2008 | HUSEBY | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

Keith Langley
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

CD/DVD Copies for the Videotaped Deposition of
   Larry Dorfman                                                                                          165.00

                TOTAL   DUE   >>>>                      165.00

TAX ID NO. : 72-1569561                                                   (214) 722-7162

*Please detach bottom portion and return with payment.*

Keith Langley
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

Invoice No.:  11644
Date       :  07/16/2008
TOTAL  DUE  :      165.00


Job No.    :  02-1662
Case No.   :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:    Datascope
         6815 Northampton Way
         Houston, TX 77055

11717, 0017

# INVOICE

6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax (713) 688-9305

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11647 | 07/17/2008 | 01-1661 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/30/2008 | HUSEBY | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

Keith Langley
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

1 CERTIFIED COPY OF TRANSCRIPT OF:                                     549.40
    Larry Dorfman

                                        TOTAL   DUE   >>>>            549.40

TAX ID NO.: 72-1569561                                    (214) 722-7162

*Please detach bottom portion and return with payment.*

Keith Langley
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

Invoice No.:  11647
Date      :  07/17/2008
TOTAL DUE :      549.40

Job No.   :  01-1661
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:   Datascope
            6815 Northampton Way
            Houston, TX 77055



**Legal Copy Services. LLC**
*"Providing Our Customers With Not Only What They Need"*

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2008 | 2829 |

**eXact Legal Copy Services LLC**
**1401 Elm Street, Suite 3345 LB-38**
**Dallas, Tx 75202**
**Phone(214)370-8005 / Fax(214)742-7500**

| Bill To |
|---------|
| Langley Weinstein Hamel, LLP |
| Attn: Teresa Barrera |
| 901 Main Street, Suite 600 |
| LB 135 |
| Dallas, TX 75202 |

| Ref / Case# | Terms | Due Date | Rep | CUSTOMER |
|-------------|-------|----------|-----|----------|
| 11719.0044 | NET 30 | 8/21/2008 | TG | Teresa Barrera |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 04 | Heavy Litigation | 3,130 | 0.135 | 422.55T |
| Custom Tabs | Custom Tabs | 152 | 0.50 | 76.00T |
| NOTE BOOK | 3" Clearview | 4 | 15.00 | 60.00T |
| NOTE BOOK | 4" Clearview | 2 | 24.00 | 48.00T |
| Standard Tabs | Standard Tabs | 8 | 0.25 | 2.00T |

*FMCC/marathon*
*Scott Burns notebook(s)copied in*
*preparation of his deposition*

Thank you for your business! Federal ID# 38-3676910
Please include this invoice # along with your payment.

| INVOICE # | 2829 |
|-----------|------|

Received by: _Teresa Barrera_ Date: _7/23/08_

| | |
|--|--|
| **Subtotal** | $608.55 |
| **Sales Tax (8.25%)** | $50.21 |
| **Total** | $658.76 |

ʌhoice Process Service, Inc.
⌐ Lakehurst Drive
ʌey, TX 75126
ʌone: (214) 742-3100
Fax: (214) 742-3131
75-2625989

# INVOICE

Invoice #2008001347
7/9/2008



Langley, Weinstein Harnel, LLP
901 Main Street
Suite # 600
Dallas, TX 75202

Your Contact: Teresa Barrera
**Case Number: Dallas 5:05-CV-00016-DF**

Plaintiff:
**Marathon Financial Insurance Company, Inc., RRG**

Defendant:
**Ford Motor Company, et al**

Received: 7/3/2008    Served: 7/9/2008 11:04 am  INDIVIDUAL/PERSONAL
To be served on: John Zwart

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Out of County) | 1.00 | 115.00 | 115.00 |
| TOTAL CHARGED: | | | $115.00 |

**BALANCE DUE:**                                                                        $115.00

*11719.0044*

*FMCo/marathon- executed service of John Zwart subpoena for deposition*

Please enclose a copy of this invoice with your payment.  PAYMENT IS DUE UPON RECEIPT!
INVOICES PAID 15 DAYS OR LATER WILL BE CHARGED A LATE FEE OF NOT LESS THAN 25% OF THE
ORIGINAL FEE.  WE SINCERELY APPRECIATE YOU AND YOUR BUSINESS!!

WE NOW ACCEPT PAYMENT BY "PAYPAL" PLEASE CALL FOR DETAILS.

# Invoice



**Legal Copy Services, LLC**
*"Providing Our Customers With Exactly What They Need"*

**eXact Legal Copy Services LLC**
**1401 Elm Street, Suite 3345 LB-38**
**Dallas, Tx 75202**
**Phone(214)370-8005 / Fax(214)742-7500**

| Date | Invoice # |
|------|-----------|
| 7/10/2008 | 2794 |

| Bill To |
|---------|
| Langley Weinstein Hamel, LLP<br>Attn: Teresa Barrera<br>901 Main Street, Suite 600<br>LB 135<br>Dallas, TX 75202 |

| Ref / Case# | Terms | Due Date | Rep | CUSTOMER |
|-------------|-------|----------|-----|----------|
| 11719.0044 | NET 30 | 8/9/2008 | TG | Teresa Barrera |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Trial Boards | Trial Boards-Enlarged & Mounted<br>36 x 48 | 4 | 225.00 | 900.00T |

*Fmca/marathon*
*Demonstratives put up on large trial boards*
*for Mediation presentation*

Thank you for your business! Federal ID# 38-3676910
Please include this invoice # along with your payment.

| INVOICE # | 2794 |
|-----------|------|

| | |
|---|---|
| **Subtotal** | $900.00 |
| **Sales Tax (8.25%)** | $74.25 |
| **Total** | $974.25 |

Received by: _____ Date: _____

# Invoice

*Legal Copy Services, CCC*
*"Providing Our Customers With Exactly What They Need"*

Legal Copy Services LLC
1 Elm Street, Suite 3345 LB-38
llas, Tx 75202
hone(214)370-8005 / Fax(214)742-7500

| Date | Invoice # |
|------|-----------|
| 7/24/2008 | 2835 |

**Bill To**

Langley Weinstein Hamel, LLP
Attn: Teresa Barrera
901 Main Street, Suite 600
LB 135
Dallas, TX 75202

| Ref / Case# | Terms | Due Date | Rep | CUSTOMER |
|-------------|-------|----------|-----|----------|
| 11719.0044 | NET 30 | 8/23/2008 | TG | Teresa Barrera |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 04 BATES LABELS | Heavy Litigation<br>FMCC 011400  -  FMCC 011724 | 324<br>324 | 0.13<br>0.05 | 42.12T<br>16.20T |

*Fmcc/Marathon*

*Documents bates labeled & copied in prelude
to the Eye Riddick deposition*

Thank you for your business! Federal ID# 38-3676910
Please include this invoice # along with your payment.

| INVOICE # | 2835 |
|-----------|------|

Received by: _____  Date: 7/28

| | |
|---|---|
| Subtotal | $58.32 |
| Sales Tax (8.25%) | $4.81 |
| **Total** | **$63.13** |

*scope*
*5* Northampton Way
*Houston*, TX 77055
*(713)* 688-9300  Fax (713) 688-9305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11580 | 06/17/2008 | 01-1601 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/16/2008 | REPOCO | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:                        715.10
   Joseph T. Buslow

                          TOTAL  DUE  >>>>               715.10
```

.X ID NO.: 72-1569561                              (214) 722-7162

*Please detach bottom portion and return with payment.*

Ryan Dry
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

```
Invoice No.:  11580
Date       :  06/17/2008
TOTAL DUE  :     715.10


Job No.    :  01-1601
Case No.   :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford
```

emit To:     Datascope
             6815 Northampton Way
             Houston, TX 77055

# Gore Perry Gateway & Lipa Reporting

515 OLIVE STREET, SUITE 700
ST. LOUIS, MO  63101
(314) 241-6750   621-4790
1-800-878-6750   FAX (314) 241-5070
FED ID# 43-1371211


KEITH A. LANGLEY
LANGLEY WEINSTEIN HAMEL, LLP
901 MAIN STREET
SUITE 600
DALLAS, TEXAS  75202

April 22, 2008

Invoice# F63433

Balance:    $868.10


**Re**: MARATHON VS FORD
*on* 04/15/08
*by* LINDA A. DEBISSCHOP / RON ERB

## Invoicing Information

| Charge Description | Amount |
|---|---|
| Attendance of Reporter: | 175.00 |
| Original transcript: 170  p @ 3.80 | 646.00 |
| Notary fee(s): | 2.00 |
| DepoScript & Word Index(no charge): | |
| Postage/handling/DHLNDA 4/22 | 45.10 |

Deposition of ALLEN KREKE(159), ALLEN KREKE
ATTORNEYS EYES ONLY(11)
X1,SIG-A-ROADY,BW,ORIG-LANGLEY

THANK YOU!


****Ask us about our free E-transcript repository
at www.goreperry.com****


Please  Remit  - - - >  Total Due:    $868.10


*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
NOT THEIR CLIENT.  TERMS: NET 30 DAYS*

11719 nndd



**Legal Copy Services, LLC**
"Providing Our Customers With exactly What They Need"

# Invoice

| Date | Invoice # |
|---|---|
| 5/27/2008 | 2721 |

**eXact Legal Copy Services LLC**
**1401 Elm Street, Suite 3345 LB-38**
**Dallas, Tx 75202**
**Phone(214)370-8005 / Fax(214)742-7500**

| Bill To |
|---|
| Langley Weinstein Hamel, LLP<br>Attn: Teresa Barrera<br>901 Main Street, Suite 600<br>LB 135<br>Dallas, TX 75202 |

| Ref / Case# | Terms | Due Date | Rep | CUSTOMER |
|---|---|---|---|---|
| 11719.0044 | NET 30 | 6/26/2008 | TG | Teresa Barrera |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Color Copies 8 1/... | Color Copies 8 1/2 x 11 | 240 | 0.55 | 132.00T |
| GBC | GBC | 20 | 2.50 | 50.00T |
| Trial Boards | Trial Boards-Enlarged & Mounted - Color 25X30 w/ Dry Erase Top | 6 | 135.00 | 810.00T |
| Trial Boards | Trial Boards-Enlarged & Mounted - B/W 25X30 w/ Dry Erase Top | 2 | 60.00 | 120.00T |

*Ford Motor Credit / Marathon*

*Prepare for the Trial Readiness Presentation with trial boards & printed powerpoint presentation packets*

Thank you for your business! Federal ID# 38-3676910
Please include this invoice # along with your payment.

| INVOICE # | 2721 |
|---|---|

| | |
|---|---|
| Subtotal | $1,112.00 |
| Sales Tax (8.25%) | $91.74 |
| **Total** | **$1,203.74** |

Received by:_____ Date:_____


eXact Legal Copy Services. LLC
"Providing Our Customers With eXactly What They Need"

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/7/2008 | 2602 |

**eXact Legal Copy Services LLC**
**1401 Elm Street, Suite 3345 LB-38**
**Dallas, Tx 75202**
**Phone(214)370-8005 / Fax(214)370-8007**

**Bill To**

Langley Weinstein Hamel, LLP
Attn: Meg Rawson
901 Main Street, Suite 600
LB 135
Dallas, TX 75202

*Fred Marathon*

| Ref / Case# | Terms | Due Date | Rep | CUSTOMER |
|-------------|-------|----------|-----|----------|
| 11719.44 | NET 30 | 5/7/2008 | TG | Meg Rawson |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 04 | Heavy Litigation | 1,362 | 0.13 | 177.06T |
| BATES LABELS | FMCC 10719   -   FMCC 11399 | 681 | 0.05 | 34.05T |
| BATES LABELS | CONFIDENTIAL Attorney's Eyes Only | 413 | 0.05 | 20.65T |

Thank you for your business! Federal ID# 38-3676910
Please include this invoice # along with your payment.

| INVOICE # | 2602 |
|-----------|------|

| | |
|---|---|
| **Subtotal** | $231.76 |
| **Sales Tax (8.25%)** | $19.12 |
| **Total** | $250.88 |

Received by:_____ Date:_____

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300  Fax  (713) 688-9305

RECEIVED
MAY  1 2008
By_____

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11508 | 04/30/2008 | 01-1515 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/09/2008 | REPOGO | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

Keith Langley
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

1 CERTIFIED COPY OF TRANSCRIPT OF:                                    532.35
    John Hanlon

                                    TOTAL   DUE   >>>>          532.35

TAX ID NO.:  72-1569561                                   (214) 722-7162

*Please detach bottom portion and return with payment.*

Keith Langley
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

Invoice No.:   11508
Date       :   04/30/2008
TOTAL DUE  :       532.35


Job No.   :   01-1515
Case No.  :   5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:   **Datascope**
            **6815 Northampton Way**
            **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax (713) 688-9305

# I N V O I C E

RECEIVED
MAY 1 2008
By_____

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11510 | 04/30/2008 | 02-1516 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/09/2008 | REPOGO | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

Keith Langley
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

CD Copies for the Videotaped Deposition of
  John Hanlon                                                      310.00
                                                                   _____
                              TOTAL  DUE  >>>>        310.00

TAX ID NO.:  72-1569561                                  (214) 722-7162

*Please detach bottom portion and return with payment.*

Keith Langley
Langley, Weinstein, Hamel
901 Main Street, Suite 600
Dallas, TX 75202

Invoice No.:  11510
Date      :  04/30/2008
**TOTAL DUE** :      310.00

Job No.   :  02-1516
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:    **Datascope**
             **6815 Northampton Way**
             **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax  (713) 688-9305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11165 | 10/18/2007 | 01-1203 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/03/2007 | REPOM9 | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Robert Craik                                        849.45
                                                      _____
                         TOTAL  DUE  >>>>              849.45
```

TAX ID NO. :  72-1569561                                    (202) 637-6440

*Please detach bottom portion and return with payment.*

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

```
Invoice No.:  11165
Date       :  10/18/2007
TOTAL DUE  :     849.45


Job No.   :  01-1203
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford
```

Remit To:     **Datascope**
              **6815 Northampton Way**
              **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300  Fax (713) 688-9305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11169 | 10/18/2007 | 02-1204 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/03/2007 | REPOM9 | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

CD Copies for the deposition of
  Robert Craik                                                                   375.00
                                                                            _____
                                    TOTAL   DUE   >>>>              375.00

TAX ID NO. : 72-1569561                                         (202) 637-6440

*Please detach bottom portion and return with payment.*

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

Invoice No.:  11169
Date      :  10/18/2007
**TOTAL DUE** :      375.00

Job No.   :  02-1204
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:   **Datascope**
            **6815 Northampton Way**
            **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300  Fax (713) 688-9305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11163 | 10/18/2007 | 01-1205 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/04/2007 | REPOM9 | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Mark Wrase                                                    238.95

                                    TOTAL   DUE   >>>>           238.95
```

TAX ID NO. : 72-1569561                                (202) 637-6440

*Please detach bottom portion and return with payment.*

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

```
Invoice No. :  11163
Date        :  10/18/2007
TOTAL DUE   :    238.95


Job No.     :  01-1205
Case No.    :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford
```

Remit To:    **Datascope**
            **6815 Northampton Way**
            **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax (713) 688-9305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11167 | 10/18/2007 | 02-1206 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/04/2007 | REPOM9 | 5:05-CV-00016 |
| **CASE CAPTION** | | |
| Marathon Financial Insurance v. Ford Motor Co. | | |
| **TERMS** | | |
| Due upon receipt | | |

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

CD Copies for the deposition of
   Mark Wrase
                                                                      75.00
                                          _____
                          TOTAL   DUE   >>>>            75.00

TAX ID NO.: 72-1569561                              (202) 637-6440

*Please detach bottom portion and return with payment.*

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

Invoice No.:  11167
Date       :  10/18/2007
**TOTAL DUE :      75.00**

Job No.  :  02-1206
Case No. :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:    **Datascope**
             **6815 Northampton Way**
             **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax (713) 688-9305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11176 | 10/25/2007 | 01-1239 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/12/2007 | REPOM9 | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Larry King

1,123.90

TOTAL   DUE   >>>>        1,123.90

One Week Expedite

TAX ID NO.: 72-1569561                                    (202) 637-6440

*Please detach bottom portion and return with payment.*

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

Invoice No.:  11176
Date       :  10/25/2007
**TOTAL DUE :**   1,123.90

Job No.    :  01-1239
Case No.   :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:    **Datascope**
             **6815 Northampton Way**
             **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax (713) 688-9305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11178 | 10/25/2007 | 02-1240 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/12/2007 | REPOMI | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

CD Copies for the deposition of
Larry King
                                                                    300.00
                                                          _____
                                   TOTAL   DUE   >>>>       300.00

TAX ID NO. : 72-1569561                                    (202) 637-6440

*Please detach bottom portion and return with payment.*

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

Invoice No.:  11178
Date        :  10/25/2007
**TOTAL DUE** :      300.00


Job No.    :  02-1240
Case No.   :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:   **Datascope**
            **6815 Northampton Way**
            **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300  Fax (713) 688-9305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11412 | 02/28/2008 | 01-1450 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/13/2008 | REPOM9 | 5:05-CV-00016 |

| CASE CAPTION | | |
|---|---|---|
| Marathon Financial Insurance v. Ford Motor Co. | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Clifford Rager

457.95

TOTAL   DUE   >>>>        457.95

TAX ID NO. : 72-1569561                                      (202) 637-6440

*Please detach bottom portion and return with payment.*

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

Invoice No.:  11412
Date      :  02/28/2008
**TOTAL DUE :**     457.95

Job No.   :  01-1450
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:   **Datascope**
            **6815 Northampton Way**
            **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax (713) 688-9305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11416 | 02/28/2008 | 02-1451 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/13/2008 | REPOM9 | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

CD Copies for the deposition of
   Clifford Rager                                          160.00
                                                        _____
                        TOTAL  DUE  >>>>                    160.00

_Bill to pay_
_02981-0013_
_WCM R_
_3/4/08_

TAX ID NO. : 72-1569561                                    (202) 637-6440

_Please detach bottom portion and return with payment._

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

Invoice No.:  11416
Date       :  02/28/2008
**TOTAL DUE :**    160.00

Job No.   :  02-1451
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford

Remit To:   **Datascope**
            **6815 Northampton Way**
            **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300   Fax (713) 688-9305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11414 | 02/28/2008 | 01-1452 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/14/2008 | REPOM9 | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |
| **TERMS** |
| Due upon receipt |

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

```
1 CERTIFIED COPY OF TRANSCRIPT OF:                              394.35
   James M. Moritz

                                    TOTAL   DUE   >>>>           394.35
```

TAX ID NO.: 72-1569561                                     (202) 637-6440

*Please detach bottom portion and return with payment.*

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

```
Invoice No.:  11414
Date         : 02/28/2008
TOTAL DUE    :     394.35


Job No.   :  01-1452
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford
```

Remit To:     Datascope
              **6815 Northampton Way**
              **Houston, TX 77055**

Datascope
6815 Northampton Way
Houston, TX 77055
(713) 688-9300  Fax (713) 688-9305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11418 | 02/28/2008 | 02-1453 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/14/2008 | REPOM9 | 5:05-CV-00016 |

| CASE CAPTION |
|---|
| Marathon Financial Insurance v. Ford Motor Co. |

| TERMS |
|---|
| Due upon receipt |

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

CD Copies for the deposition of
  James Moritz
                                            160.00

                                  TOTAL   DUE  >>>>     160.00

*OK to pay*
*62781-0013*
*WKM EB*
*3/4/08*

TAX ID NO. : 72-1569561                             (202) 637-6440

*Please detach bottom portion and return with payment.*

William Monts
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

```
Invoice No.:  11418
Date       :  02/28/2008
TOTAL DUE  :     160.00


Job No.   :  02-1453
Case No.  :  5:05-CV-00016-DF
Marathon Financial Insurance v. Ford
```

Remit To:   **Datascope**
               **6815 Northampton Way**
               **Houston, TX 77055**